Falecia CHRISTOPHER, Appellant,

v.

James M. HANKINS, Craig S. Winney, American National Property & Casualty Insurance Company, Defendants,

The Printing Press, Inc., Respondent.

No. ED 83431.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 27, 2004.

Rick A. Courtney, St. Louis, MO, for appellant.

Dean R. Gallego, St. Louis, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., and LAWRENCE E. MOONEY, JJ.

## *ORDER*

PER CURIAM.

Falecia Christopher appeals from the trial court's denial of her motion for new trial. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not abuse its discretion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).